1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| BENNETT ROIZ | Civil Action No. 1:04-CV-5937 LJO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until May 28, 2005, in which to file and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed, July 6, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1   Dated:  April 28, 2005				/s/ Gina Fazio

2							GINA FAZIO,
							Attorney for Plaintiff.
3
    Dated: May 3, 2005
4							MCGREGOR SCOTT
							United States Attorney
5
							By: /s/ Kristi C. Kapetan
6							(as authorized via facsimile)
							KRISTI C. KAPETAN
7							Assistant U.S. Attorney

8

9   IT IS SO ORDERED.

10  **Dated:   May 12, 2005**			       **/s/ Lawrence J. O'Neill**
    b9ed48					UNITED STATES MAGISTRATE JUDGE
11