1 Gina Fazio, Esq. #225178
  Law Offices of Jeffrey Milam
2 P.O. Box 26360
  Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

5

6

7 IN THE UNITED STATES DISTRICT COURT FOR

8 THE EASTERN DISTRICT OF CALIFORNIA

9 AT FRESNO

10 BENGALI ROIZ )
                                          ) Civil Action No. 1:04-CV-5937 LJO
11                                        )
        Plaintiff,                        ) STIPULATION AND ORDER
12                                        )
   vs.                                    )
13                                        )
   JO ANNE B. BARNHART,                   )
14 Commissioner of Social                 )
   Security,                              )
15                                        )
        Defendant.                        )
16 _____        )

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until June 27, 2005, in which to file and

20 serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed,

21 July 6, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27

28

| | | |
|---|---|---|
| 1 | Dated: May 31, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: May 31, 2005 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan |
| | | (as authorized via facsimile) |
| | | KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   June 2, 2005**           **/s/ Lawrence J. O'Neill**
b9ed48                    UNITED STATES MAGISTRATE JUDGE