1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6
7            IN THE UNITED STATES DISTRICT COURT FOR THE
8                   EASTERN DISTRICT OF CALIFORNIA
9  BENNETT ROIZ,                  )    1:04-cv-5937 OWW LJO
                                  )
10           Plaintiff,            )    STIPULATION AND ORDER
                                  )    TO EXTEND TIME
11      v.                         )
                                  )
12 JO ANNE B. BARNHART,            )
   Commissioner of Social         )
13 Security,                       )
                                  )
14           Defendant.            )
   _____)
15
16      The parties, through their respective counsel, stipulate
17 that defendant's time to respond to plaintiff's opening brief be
18 extended from August 1, 2005 to September 2, 2005.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25
26
                                1

1  This is the defendant's first request for an extension of
2 time to respond to plaintiff's opening brief.  Defendant needs
3 the additional time to further review the file and prepare a
4 response in this matter.

5                                       Respectfully submitted,

7 Dated: July 29, 2005

8                                  /s/ Gina M. Fazio
                                   (As authorized via facsimile)
                                   GINA M. FAZIO
9                                  Attorney for Plaintiff

11
12 Dated: July 29, 2005             McGREGOR W. SCOTT
                                    United States Attorney

14                                  /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
15                                  Assistant U.S. Attorney

17 IT IS SO ORDERED.

18 **Dated:   August 1, 2005**              **/s/ Lawrence J. O'Neill**
   b9ed48                             UNITED STATES MAGISTRATE JUDGE