1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6
7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9  BENNETT ROIZ,                  )   1:04-cv-5937 OWW LJO
                                  )
10              Plaintiff,         )   STIPULATION AND ORDER
                                  )   TO EXTEND TIME
11                                )
                v.                )
12                                )
   JO ANNE B. BARNHART,           )
   Commissioner of Social         )
13 Security,                      )
                                  )
14              Defendant.        )
   _____)
15
16      The parties, through their respective counsel, stipulate
17 that defendant's time to respond to plaintiff's opening brief be
18 extended from September 2, 2005 to October 4, 2005.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25
26
                                  1

1   This is defendant's second request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

5                             Respectfully submitted,

7 Dated: August 31, 2005
8                             /s/ Gina M. Fazio
                              (As authorized via facsimile)
                              GINA M. FAZIO
9                             Attorney for Plaintiff

11 Dated: August 31, 2005     McGREGOR W. SCOTT
                              United States Attorney

13
                              /s/ Kristi C. Kapetan
14                            KRISTI C. KAPETAN
                              Assistant U.S. Attorney

16 No Further Extensions.

19 IT IS SO ORDERED.

20 **Dated:   September 1, 2005**           **/s/ Lawrence J. O'Neill**
21 b9ed48                         UNITED STATES MAGISTRATE JUDGE

2